### Exhibit A to the Complaint

**Location:** Norristown, PA  
**Total Works Infringed:** 26

**IP Address:** 96.245.157.180  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 01BB889B19626055D4FECE1530514F55BBD5A467<br>File Hash:<br>C00FC070305CAC0AE9AD7729C2B54ABE7575BDFB54FA0ECA6588F455C808FC81 | 10-25-2022<br>04:35:56 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 2 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash:<br>471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 10-25-2022<br>00:57:23 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 3 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash:<br>265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 10-15-2022<br>00:59:41 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 4 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash:<br>64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-03-2022<br>22:45:57 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 5 | Info Hash: E4F0C07AD7A557AD674372C5CD5C3379F38A787F<br>File Hash:<br>C163F6FAECDF8FB7ED91ABB35BAC6AA5F77EE0E6D81F2C5364A31E47F17BC6C9 | 10-03-2022<br>22:32:58 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 6 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash:<br>B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-03-2022<br>20:06:15 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 7 | Info Hash: 157E9DEC8478CE03D95457C161F12CCFA85E47F8<br>File Hash:<br>7624F083DC76268911A11B29890B94F9989788EC28B0FD5E57D927D17F24E2B4 | 10-01-2022<br>04:38:31 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 8 | Info Hash: 96DA843941E4DF1BFB5BDBEE15FB51C89BD014F5<br>File Hash:<br>5B5EC41F7F569AA8471DB9E018862AA87CE1B0C377F6953DDF75FDE5B7AB0C1B | 09-21-2022<br>23:02:41 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 9 | Info Hash: 486C17ADFB8696EE12AA59B6213B64B4239E1FC2<br>File Hash:<br>9494958EE7DF6195DAC64545B57D3F1505F144BC4971D601DE12BAC3522C2CBE | 09-13-2022<br>05:36:05 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 10 | Info Hash: 8A5A466398568BE5972C507767930D7F8F5B37AA<br>File Hash:<br>056528E87248DB8C9FC9DC64036527838117EFD5149DD075B706CAFA8F8D1FDF | 09-13-2022<br>01:22:57 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 11 | Info Hash: AB4C8F6782155F94F25421BD73C0C84DEA95167E<br>File Hash:<br>FBCF6D53950FFB226F67470C3E92459585DB885A2D206CB1EC3152258DDD7DE9 | 09-08-2022<br>18:44:48 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash: 2923F3067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09-06-2022 22:10:31 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 13 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash: 2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-05-2022 13:48:13 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 14 | Info Hash: 833570A3D59430A1FA1A36B2925603ED725FCAFE<br>File Hash: 7CE43443E2BB14B13117BCF00A80D69C72893089014D8AE81F7D9E0858D2B3B2 | 09-01-2022 05:10:59 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 15 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash: FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 08-30-2022 01:29:24 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 16 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash: C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08-25-2022 02:13:21 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 17 | Info Hash: 3E3F0031CED1C5C5EF641C97A3FAB41D92A5BD02<br>File Hash: 89E2C079CB49C28614DC8F984CD70CF6055013284DE8C15649D9B25E22749E93 | 08-22-2022 17:02:35 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 18 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash: DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08-16-2022 04:30:38 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 19 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash: 82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-11-2022 04:37:27 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 20 | Info Hash: 9E38D189E1245503E8D949FA71659D0EF9184334<br>File Hash: E5D009BBC7C5791AE49D39A6DD5EE0B0C35C2C7A743DFB2C321D8129E308FDEB | 08-05-2022 00:52:52 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 21 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash: E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-05-2022 00:42:15 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 22 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash: 7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07-19-2022 21:58:28 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 23 | Info Hash: 784C39E54E32FA8C96A54C475017FFDE7F48C39B<br>File Hash: 66BBD91EAA1BBE0F5265C9253176AD64FDDE965587CA162FB49DDF2E081F7755 | 07-19-2022 21:56:01 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash:<br>075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 07-17-2022 16:44:13 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 25 | Info Hash: 674B524FAFD7B1AAF922C49B78FD1C201BE620FF<br>File Hash:<br>32CF7DE4D0D97CA7345FD583EF8460A1DA3FEA4DC48296095F438A352DF65FD1 | 07-12-2022 20:29:02 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 26 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash:<br>81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-12-2022 19:43:24 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |